**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK,<br>Plaintiff<br><br>v.<br><br>THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,<br>Defendants | CA 06 428 T<br><br>C.A. No. |

**VERIFIED COMPLAINT IN ADMIRALTY AND PRAYER FOR IN REM ARREST**

I. INTRODUCTION

1. This is a foreclosure action in rem against the Yacht KAY GEE (Official No. 1055046), a 1988 Silverton 37 Convertible, Official No. 1055046 – HIN STN37470E888, with Crusader 320 HP Engines #75639 and 75636 (the "Yacht KAY GEE"), and an in personam action against Thomas W. Hannigan and Janice G. Hannigan (collectively, the "Hannigans"), owners of the Yacht KAY GEE and co-makers of a certain note secured by a preferred ship mortgage on the Yacht KAY GEE, for defaults arising under the terms of said note and preferred ship mortgage.

II. THE PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Webster Five Cents Savings Bank ("Webster Five"), is a lending corporation organized and existing under the laws of Massachusetts with a principal place of business in Webster, Massachusetts.

3. The Yacht KAY GEE is now within this District and within the jurisdiction of this Court located at Certified Sales, Inc., 1 Bay Avenue, Warwick, Rhode Island.

4. The Yacht KAY GEE was at all times material hereto and still is solely owned by Defendants, Thomas W. Hannigan and Janice G. Hannigan, whose address is 770 Salisbury Street #207, Worcester, Massachusetts.

5. This is a case of Admiralty and Maritime jurisdiction, as hereinafter more fully appears, within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

6. Venue lies within this district under 28 U.S.C. § 1391, as all in personam defendants reside in this District, and the Yacht KAY GEE is located within this District.

III. CAUSE OF ACTION

7. On July 31, 2001, the Hannigans, individually as co-makers, executed and delivered a certain Simple Interest Note, Disclosure and Security Agreement to Webster Five in the amount of $65,032.00 (the "Note") and thereby became indebted to Webster Five for said amount. A copy of the Note is attached hereto and incorporated herein as Exhibit A.

8. The Hannigans executed a Preferred Mortgage of Vessel on the Yacht KAY GEE in favor of Webster Five in the amount of $65,032.00 (the "Preferred Mortgage") to secure payment of Hannigans' indebtedness to Webster Five. A copy of the Preferred Mortgage is attached hereto and incorporated herein as Exhibit B.

9. The Hannigans ceased making payments as required pursuant to the terms of the Note, and the Hannigans remain in default under the terms of said Note.

10. Thomas W. Hannigan and Janice G. Hannigan are in violation of the terms of the Preferred Mortgage.

11. On or about May 25, 2006, Webster Five made written demand on the Hannigans to cure the existing default. The required payments to cure said defaults have not been made.

12. The balance owed Webster Five as of May 25, 2006 was $52,528.13,

including principal and interest. Interest continues to accrue in the amount of $10.67 per day. By virtue of the terms of the Note, the Hannigans are responsible for all collection costs, including reasonable attorneys' fees.

WHEREFORE, Webster Five Cents Savings Bank prays:

1. That process of due form of law according to the rules and practices of this Honorable Court in causes of admiralty and maritime jurisdiction may issue against the Yacht KAY GEE, her engines, tackle, furniture, apparel, etc., and all other necessaries thereunto belonging or pertaining, and that all persons claiming any interest in said vessel may be cited to appear and answer to the matters aforesaid; and that citation according to the rules of this Honorable Court in causes of admiralty and maritime jurisdiction may issue against Thomas W. Hannigan and Janice G. Hannigan, and that they be cited to appear herein and to answer the allegations of the Complaint, and that after due proceedings had, there may be judgment herein in favor of Webster Five Cents Savings Bank and against Thomas W. Hannigan and Janice G. Hannigan for the full amount of its claim as aforesaid; that Webster Five Cents Savings Bank's Preferred Mortgage and maritime lien resulting from said mortgage be recognized as the paramount lien against said Yacht KAY GEE and its equipment on or off said vessel at the time of seizure; and the said Yacht KAY GEE be condemned and sold to pay the claims and demands as aforesaid, with interest and costs, including reasonable attorneys' fees, and that Webster Five Cents Savings Bank may have such other and further relief as in law and justice as it may be entitled; and that said Webster Five Cents Savings Bank may become purchaser at any sale of the Yacht KAY GEE by bidding in its Note;

2. That it be declared that any and all persons, firms or corporations claiming any interest in the Yacht KAY GEE are forever barred and foreclosed of and for all rights or equity of redemption or claim of, in and to the said mortgaged vessel and every part thereof;

3. That judgment enter against Thomas W. Hannigan and Janice G. Hannigan, jointly and separately, in the amount of $52,528.13, together with interest from May 25, 2006, plus costs and reasonable attorneys' fees; and

4. That the Court grant such other and further relief to Webster Five Cents Savings Bank as may be just and proper.

WEBSTER FIVE CENTS SAVINGS BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: September 28, 2006

VERIFICATION

I, Lance F. Roettger, being first duly sworn on oath, hereby state as follows:

1. I am employed by the Plaintiff, Webster Five Cents Savings Bank, in this action holding the position of Collections Officer. I am to some extent personally familiar with the loan transaction described herein. I have also reviewed my employer's files relative to said loan transaction;

2. I have read the foregoing Complaint, and the allegations contained therein

are true and correct to the best of my knowledge based on my personal knowledge and a review of corporate records.

STATE OF MASSACHUSETTS

Worcester County, SS. September 19, 2006

Before me, then personally appeared the above named Lance F. Roettger of Webster Five Cents Savings Bank and executed the foregoing Affidavit of his/her free act and deed.

Notary Public
My Commission Expires:

LEAH RODRIGUEZ
Notary Public
My Commission Expires
May 15, 2009

864507_1/2413-3