**united states district court**
**for the district of rhode island**

WEBSTER FIVE CENTS SAVINGS BANK, C.A. No.

Plaintiff

CA 06 428 T

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,

Defendants

**AFFIDAVIT OF THE SUBSTITUTE CUSTODIAN**

Ronald A. Bethel, being duly sworn, deposes and says as follows:

1. I am Ronald A. Bethel, President of Certified Sales, Inc., 1 Bay Avenue, Warwick, Rhode Island ("Certified"). I am familiar with Defendant vessel "KAY GEE", at least to the extent of her size, type, construction material and apparent condition and believe that Certified has adequate facilities and supervision for safekeeping said vessel in place of the United States Marshal during the pendency of the suit herein and until further order of the Court, and in this regard the undersigned states that Certified will perform and/or arrange for the following services for said vessel during its custodianship:

Storage;

Necessary electrical services

Inventory;

Security

Other reasonable and necessary undertakings for the preservation, safekeeping and security of said vessel.

2. The charge for storage will not exceed the sum of $15.00 per foot per month, not including the costs for other reasonable and necessary undertakings for the preservation of said vessel.

3. Certified has adequate liability insurance or assets adequate to respond in damages for loss or injury to Defendant vessel during said custody, or for damage sustained by third parties due to negligence of affiant or its employees or agents committed during said custody. Certified agrees to release the United States Marshal and the United States of America from any and all liability and responsibility arising out of the care, custody, or control of the vessel, her gear, fittings, appurtenances, and engines. The proposed substitute custodian further agrees to hold harmless and indemnify the United States Marshal and the United States of America for any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the vessel.

4. Further Certified has agreed to accept substitute custodianship of Defendant vessel, her engines, tackle, apparel, machinery, furniture and equipment, etc. in accordance with the Order appointing substitute

RB

custodian.

5. Certified further represents that it is a disinterested party in this litigation.

Signed under the pains and penalties of perjury on this 25TH day of September, 2006.

STATE OF RHODE ISLAND

COUNTRY OF Providence

Then appeared before me the above-named Ronald A. Bethel known to me or shown to me to be acting in the capacity claimed and who, being duly sworn, stated that he/she read the foregoing document, that he/she was authorized to execute said document as President of Certified Sales, Inc., and that he/she executed said document as the free act and deed of said Corporation on the 25 day of September, 2006.

Notary Public Crystal J. Brinds

My Commission Expires: 9-7-09