# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK,<br>Plaintiff<br><br>v.<br><br>THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,<br>Defendants | C.A. No.<br>CA 06 428 T |

**MOTION FOR ORDER OF ALTERNATIVE SERVICE**

Now comes the Plaintiff, Webster Five Cents Savings Bank, and hereby moves this Honorable Court for permission to notify all persons known to the Plaintiff who may claim a lien or interest in the vessel "KAY GEE" (Official No. 1055046) of this action by Certified Mail Return Receipt Requested, pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims.

WEBSTER FIVE CENTS SAVINGS BANK
By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
FAX (401)861-8210

Dated: September 28, 2006

876637_1/2413-3