# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. CA 06 428 T

## MOTION FOR ORDER DIRECTING MARSHAL TO ARREST VESSEL

The Plaintiff, Webster Five Cents Savings Bank ("Webster Five"), by its undersigned attorneys, states as follows:

1. On this date, a Verified Complaint in Admiralty has been filed praying that process issue for the arrest of the vessel "KAY GEE" (Official No. 1055046), together with her engines, tackle, machinery, apparel and appurtenances, and that the Clerk of this Court issue a Warrant of Arrest directing the United States Marshal to seize the vessel.

2. The vessel "KAY GEE" is a 1988 Silverton 37 Convertible HIN STN37470E888 with Crusader 320 HP Engines #75639, 75636 now located at Certified Sales, Inc., 1 Bay Avenue, Warwick, Rhode Island ("Certified").

WHEREFORE, Plaintiff moves the Court, pursuant to 46 U.S.C. § 31326, for an Order:

1. Authorizing and directing the United States Marshal for the District of Rhode Island to arrest the vessel "KAY GEE" (Official No. 1055046), and to detain the same at its present location at Certified, until further order of the Court respecting the same;

2. Authorizing the United States Marshal for the District of Rhode Island to provide routine services required for the safekeeping of the vessel, and directing that any charges incurred in respect to maintenance and custody of the vessel shall be deemed an administrative expense of the Marshal;

3. Authorizing and directing the United States Marshal for the District of Rhode Island to cause said vessel to be placed on port risk insurance, with the Plaintiff advancing any premiums, and directing that all expenses associated therewith shall be deemed an administrative expense of the Marshal upon sale of the vessel; and.

4. That the United States Marshal for the District of Rhode Island be saved harmless of and from any claim for damages to the vessel "KAY GEE" (Official No. 1055046), together with her engines, tackle, apparel and appurtenances, while kept by him in custody as aforesaid.

Dated: September 28, 2006

WEBSTER FIVE CENTS SAVINGS BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

864605_1/2413-3