# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., <u>in rem</u>, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, <u>in personam</u>,
Defendants

C.A. No.

CA 06 428 T

**REQUEST TO CLERK TO ISSUE WARRANT OF ARREST**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Please issue a warrant of arrest directing the United States Marshal to seize the vessel "KAY GEE" (Official No. 1055046), and her engines, tackle, machinery, apparel and appurtenances, now or any time on board.

Dated: September 28, 2006

WEBSTER FIVE CENTS SAVINGS BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX