RECEIVED
SEP 28 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. CA 06 428 T

**ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST**

Upon consideration of the Plaintiffs' Verified Complaint in admiralty praying that process issue for the arrest of the vessel "KAY GEE" (Official No. 1055046), her engines, tackle, machinery, apparel and appurtenances, and good cause appearing therefore, it is hereby

ORDERED:

1. That the Clerk issue process of maritime attachment and arrest of the vessel "KAY GEE" (Official No. 1055046), her engines, tackle, machinery, apparel and appurtenances, and against any and all persons having or claiming to have any and all interest therein, that they be cited to appear and answer under oath all and singular the matters set forth in the Verified Complaint.

2. That any person claiming an interest in the property arrested pursuant thereto may come, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, and be entitled to an order requiring the Plaintiff to show cause forthwith why the arrest should not be vacated or other relief granted; and

3. That a copy of this Order be attached to and served with said process of

maritime attachment and arrest.

ENTERED:

United States ~~District~~ MAG. Judge

ORDERED:

Clerk

Prepared by:

Charles A. Lovell (#4004)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

864638_1/2413-3