# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 28 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No.

CA 06 428 T

## ORDER TO TAKE POSSESSION OF VESSEL

Upon consideration of the Plaintiff's Motion for Order Directing Marshal to Arrest Vessel, and for good cause appearing therefore, it is hereby

ORDERED:

1. That the United States Marshal for the District of Rhode Island arrest the vessel "KAY GEE" (Official No. 1055046) , and detain the same at her present location at Certified Sales, Inc., 1 Bay Avenue, Warwick, Rhode Island until further order of the Court respecting the same;

2. That the United States Marshal for the District of Rhode Island is hereby authorized to provide routine services required for the safekeeping of said vessel, and any charges incurred in respect to maintenance and custody of said vessel shall be deemed an administrative expense of the Marshal;

3. That the United States Marshal for the District of Rhode Island is hereby authorized and directed to cause said vessel to be placed on port risk insurance, with the Plaintiff advancing any premiums, and all expenses associated therewith are deemed an administrative

expense of the Marshal upon sale of said vessel; and

4. That the United States Marshal for the District of Rhode Island is hereby saved harmless of and from any claim for damages to the vessel "KAY GEE" (Official No. 1055046), together with her engines, tackle, machinery, apparel and appurtenances, while kept by him in custody as aforesaid.

ENTERED:

United States ~~District~~ MAG Judge

ORDERED:

Clerk

Prepared by:

Charles A. Lovell (#4004)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

864650_1/2413-3