UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 28 '06
US DISTRICT COURT
DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No.

CA 06 428 T

**ORDER FOR ALTERNATIVE SERVICE**

Upon consideration of the Plaintiff's Motion for Order of Alternative Service, and good cause appearing therefor, it is hereby

ORDERED:

1. The Plaintiff shall give notice as soon as practicable, after the execution of process of the action and arrest, by Certified Mail, Return Receipt Requested, to all persons known to the Plaintiff who may claim a lien or interest in the vessel "KAY GEE" (Official No. 1055046) within ten (10) days of this Order.

ENTERED: ORDERED:

United States ~~District~~ Judge MAG. Clerk

Prepared by:

Charles A. Lovell
PARTRIDGE, SNOW & HAHN LLP
Ct. Reg. No. 4004
180 South Main Street
Providence, RI 02903
(401) 861-8200
Fax: 861-8210

876642_1/2413-3