RECEIVED
SEP 28 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No.

CA 06 428 T

## WARRANT FOR ARREST

TO: THE UNITED STATES MARSHAL
FOR THE DISTRICT OF RHODE ISLAND
OR TO ANY COMMISSIONED OFFICER OF
THE UNITED STATES COAST GUARD
OR TO ANY SPECIALLY APPOINTED
PERSON OR PROPER OFFICER

GREETING:

WHEREAS, a Verified Complaint in admiralty was filed herein asserting an admiralty and maritime claim or cause of action in rem against the vessel "KAY GEE" (Official No. 1055046), together with her engines, tackle, machinery, apparel and appurtenances, now or at any time on board;

WHEREAS, the attorney for the Plaintiff has filed a request with the Clerk to issue a Warrant of Arrest in rem against said vessel and for service of a copy of the Verified Complaint and Warrant for Arrest upon the Master or other ranking officer or caretaker of the vessel;

NOW, THEREFORE, you are hereby commanded to forthwith arrest the vessel

"KAY GEE" (Official No. 1055046), together with her tackle, machinery, apparel and appurtenances now or at any time on board, and to detain the same until the further order of this Court respecting the same or until the release of the same is duly obtained, and to serve a copy of the Verified Complaint filed herein and this Warrant for Arrest upon the Master or other ranking officer or caretaker of the vessel, and to give due notice to all persons claiming an interest in the same, or knowing or having anything to say why the same should not be condemned and sold pursuant to the prayer of said Verified Complaint, that they must file their claims with the Clerk of this Court within ten (10) days after the execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within twenty (20) days after the filing of their claims and that you promptly after execution of this process file the same in this Court with your return thereon.

Dated: 10-2, 2006

[signature]
Clerk

864602_1/2413-3