# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

## MOTION FOR ORDER OF DEFAULT

Plaintiff, Webster Five Cents Savings Bank ("Webster"), by its attorneys states as follows:

1. On September 28, 2006, a Verified Complaint was filed in this action seeking to enforce Plaintiff's Preferred Ship Mortgage on the Vessel "KAY GEE" Official No. 1055046 (the "Vessel") and seeking sale of the Vessel to satisfy the demands of Plaintiff.

2. On October 4, 2006, the United States Marshal duly executed a warrant of arrest against the Vessel.

3. Notice of the arrest of the Vessel and the pendency of these actions was published in The Providence Journal on October 8, 2006.

4. The Vessel is documented with the United States Coast Guard. A search dated September 28, 2006, a copy of which is attached hereto as Exhibit A, indicates no liens of record.

5. No persons have appeared to answer the Verified Complaint or have filed claims or intervening Complaints herein, and the time for such appearance, claim or answer has expired.

WHEREFORE, Plaintiff moves that the Defendant Vessel "KAY GEE", and any and all persons who might have prepared a claim or answer or intervening Complaint herein, be defaulted in this action.

WEBSTER FIVE CENTS SAVINGS BANK

By its Attorneys,

PARTRIDGE, SNOW & HAHN, LLP

/s/ Charles A. Lovell

Charles A. Lovell (#4004)
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210 (FAX)

DATED: October 31, 2006

**CERTIFICATION**

I hereby certify that on October 31, 2006 a true and accurate copy of the within Motion and Affidavit in Support was mailed by U.S. mail, postage prepaid, to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

/s/ Debra J. Demartini