DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (Rev. 6-93)

# GENERAL INDEX OR ABSTRACT OF TITLE

OMB APPROVED 2115-0110

VESSEL BUILT AT
(AND) IN
BY
FOR

1055046
(OFFICIAL NUMBER)
STN37470E888
(HULL ID NUMBER)

BUILDER'S CERTIFICATE DATED Not Presented
TITLE ASSIGNED TO N/A

(5
(4
(3
(2
(1 BUDGET BUSTER III
NAME OF VESSEL

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| - | - | - - - | - | - | - |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| - | - - - | - - - | - - - |

GRANTOR
N/A

GRANTEE
Simplified documentation from Massachusetts Registration (MS3511FT) reflecting owner as:
John D. Jannis

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 04 17 97 | $1.00 | 97-30 | 1073 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 06 02 97 | 10 30 AM | - - - |

GRANTOR
John D. Jannis

GRANTEE
Roger P. Goguen and Suzette M. Goguen, Joint tenants with right of survivorship

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100 | 04 17 97 | $53,340.00 | 97-30 | 1074 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 06 02 97 | 10 30 AM | - - - |

GRANTOR
Roger P. Goguen and Suzette M. Goguen

GRANTEE
Provident Bank of Maryland
7210 Ambassador Rd
Baltimore, MD 21244

☐ ISSUED AS AN ABSTRACT OF TITLE ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: TIME:

PAGE: OF PORT:
PREVIOUS EDITION MAY BE USED

DOCUMENTATION OFFICER



PREVIOUS EDITION MAY BE USED

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332A (Rev. 6-93)

# GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1

OFFICIAL NO. 1055046

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| SMTG | 100 | 2 19 99 | $53,340.00 | 99-29 | 468 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 3 15 99 | 9 50 AM | - - - |

GRANTOR

PROVIDENT BANK OF MARYLAND (REFERS TO BK 99-29 BK 468)

GRANTEE

ROGER P GOGUEN
SUZETTE M GOGUEN

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 2 15 99 | $1.00 | 99-29 | 469 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 3 1 99 | 2 00 PM | - - - |

GRANTOR

ROGER P GOGUEN
SUZETTE M GOGUEN

GRANTEE

PERIN & CAMPBELL ELECTRICAL CONTACTORS

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100 | 2 19 99 | $60,400.00 | 99-29 | 470 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 3 1 99 | 2 00 PM | - - - |

GRANTOR

PERIN & CAMPBELL ELECTRICAL CONTRACTORS INC

GRANTEE

NORTHMARK BANK
89 TURNPIKE STREET NORTH ANDOVER MA 01845

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| SMTG | 100 | 08 08 01 | 460,400.00 | 01-92 | 20 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 08 15 01 | 09 50 AM | - - - |

GRANTOR

REFERS TO BOOK 99-29 PAGE 470
NORTHMARK BANK

GRANTEE

PERIN & CAMPBELL ELECTRICAL CONTRACTORS INC.

☐ ISSUED AS AN ABSTRACT OF TITLE ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: TIME:

PAGE: OF PORT:

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

PREVIOUS EDITION MAY BE USED

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332A (Rev. 6-93)

# GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 2

OFFICIAL NO. 1055046

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 07 25 01 | $1.00 | 01-92 | 21 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 08 10 01 | 09 45 AM | - - - |

GRANTOR

PERIN & CAMPBELL ELECTRICAL CONTRACTORS INC.

GRANTEE

THOMAS W. HANNIGAN
JANICE G. HANNIGAN, JTRS

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| PM | 100 | 07- 31 01 | $65,032.00 | 01-92 | 22 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 08 10 01 | 09 45 AM | - - - |

GRANTOR

JANICE G. HANNIGAN
THOMAS W. HANNIGAN

GRANTEE

WEBSTER FIVE CENTS SAVINGS BANK
136 THOMPSON ROAD, WEBSTER, MA 01570

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| | | | | | |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| | | | |

GRANTOR

GRANTEE

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| | | | | | |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| | | | |

GRANTOR

GRANTEE

☐ ISSUED AS AN ABSTRACT OF TITLE ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: TIME:

PAGE: OF PORT:

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG - 1332 | **GENERAL INDEX OR ABSTRACT OF TITLE**<br>**Continuation Sheet No. 3** | Official No.<br>1055046 |
|---|---|---|

| | |
|---|---|
| **ISSUED AS AN ABSTRACT OF TITLE AS OF**<br><br>DATE: September 28, 2006 TIME: 08:24 AM | CHARLES WACHTER<br>NATIONAL VESSEL DOCUMENTATION CENTER |

PREVIOUS EDITION MAY BE USED