# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK,<br>Plaintiff<br><br>v.<br><br>THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,<br>Defendants | C.A. No. 06-428/T |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT

I, Charles A. Lovell, on oath, depose and state as follows:

1. That I am the attorney for the Plaintiff in this action;

2. That the Complaint was filed on September 28, 2006;

3. That a Warrant was issued on October 2, 2006, directing the United States Marshal to arrest the Vessel and process was executed by the Marshal on October 4, 2006, on the premises of Certified Sales, Inc., Warwick, Rhode Island, which is within the jurisdiction of this Court;

4. That, as set forth in the Order for Alternative Service entered October 2, 2006, a copy of the Warrant of Arrest and of the Complaint was mailed, certified mail, to all persons known to claim an interest in or a lien upon the Vessel.

5. That a Notice of Arrest was published in The Providence Journal on October 8, 2006.

6. That the time for filing claims and answers has expired, and no person who claims an interest in the Vessel or appears to claim a lien upon the Vessel, has entered an appearance, filed a claim, filed an answer or filed a petition for leave to intervene.

/s/ Charles A. Lovell
Charles A. Lovell

Subscribed and sworn to me before this __ day of October, 2006.

/s/ Paula M. Braga
Paula M. Braga, Notary public
My commission expires: 7/15/09

CERTIFICATION

I hereby certify that on October 31st_, 2006 a true and accurate copy of the within Affidavit was mailed by U.S. mail, postage prepaid, to

Thomas W. Hannigan
770 Salisbury Street # 207
Worcester, MA 01609

Janice G. Hannigan
770 Salisbury Street # 207
Worcester, MA 01609

/s/ Debra J. Demartini