# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

## MOTION FOR ORDER DIRECTING SALE OF VESSEL

Plaintiff, Webster Five Cents Savings Bank, through its attorneys, moves this Honorable Court for an Order directing the sale of the MV "KAY GEE" (Official No. 1055046) (the "Vessel") and her engines, tackle, apparel and appurtenances, and in support thereof, states as follows:

1. In response to the Verified Complaint filed herein, an Admiralty Warrant for the arrest and seizure of the Vessel was issued by this Court, and that in pursuance thereof, the United States Marshals Service seized and took the Vessel into its custody at Providence, Rhode Island, on October 4, 2006, and thereafter transferred custody of the Vessel to the duly appointed substitute custodian;

2. Due notice of the seizure was sent by Certified Mail, Return Receipt Requested and by First-Class Mail to all lienholders of record and to the owner of the Vessel, as well as by being published in The Providence Journal on October 8, 2006, citing all persons having or claiming an interest in the Vessel to file a claim with the Clerk of the Court within ten

(10) days after publication of said notice and to serve an answer to the Verified Complaint within twenty (20) days after the filing of said claim;

3. No other claims or answers have been filed by any other parties and, to date, no bond or other security has been furnished for the release of the Vessel; and

4. A prompt sale of the Vessel is necessary to curtail the substitute custodian's costs and to avoid further deterioration of the Vessel.

WHEREFORE, Plaintiff, Webster Five Cents Savings Bank, prays that the Vessel be sold at public auction to the highest bidder by the United States Marshals Service with public notice thereof to be published in The Providence Journal, a newspaper of general circulation in the City of Providence, three (3) times within three (3) weeks, and that the United States Marshals Service be directed to deposit the proceeds of said sale in the registry of this Court, pending the further orders of this Court.

WEBSTER FIVE CENTS SAVINGS BANK
By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

**CERTIFICATION**

I hereby certify that on October 31, 2006 a true and accurate copy of the within Motion was mailed by U.S. mail, postage prepaid, to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

/s/ Debra J. Demartini