# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Verified Complaint was served by certified mail/return receipt requested on the following, with copies of the return green cards attached hereto.

Mr. Thomas W. Hannigan
770 Salisbury Street #207
Worcester, MA 01609

Mrs. Janice G. Hannigan
770 Salisbury Street #207
Worcester, MA 01609

I further state that service was also made by publication of the Notice of Arrest and Seizure in The Providence Journal on October 8, 2006, a copy of the publication is attached hereto.

WEBSTER FIVE CENTS SAVINGS BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/S/ CHARLES A. LOVELL
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200/(401) 861-8210 (fax)

Dated: November 1, 2006

**CERTIFICATION**

I hereby certify that on November 1, 2006 a true and accurate copy of the within Certificate of Service was mailed by U.S. mail, postage prepaid, to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

/s/ Charles A. Lovell

883448_1/2413-3



883448_1/2413-3

2. Article Number

7106 4575 1294 4008 6517

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Mrs. Janice G. Hannigan
770 Salisbury Street #207
Worcester, MA 01609

WORCESTER MA M.O.W.S. 01613 OCT 7 '06 USPS

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Reference Information

Webster Five Cents Savings Bank
2413-3

TJE

RE:

SENDER:

PS Form 3811, June 2000 Domestic Return Receipt

2. Article Number

7106 4575 1294 4008 6524

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Mr. Thomas W. Hannigan
770 Salisbury Street #207
Worcester, MA 01609

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS W.O.W.S. 01613 WORCESTER MA

Reference Information

Webster Five Cents Savings Bank
2413-3

TJE

RE:

SENDER:

PS Form 3811, June 2000 Domestic Return Receipt

**BIG TOP FLEA MARKET:** 120 Manton Ave., Providence, RI. Call for details, 274-0060.

**ROCKY HILL: Open every** Sunday thru November 19. 95 to exit 8 or 8A, south on Rt. 2, right at stoplight. 401-884-4114.

**SEEKONK SPEEDWAY FLEA** MKT.: Rt. 6 Seekonk, MA. SUN. 7-3. 508-336-9959. No pets. www.seekonkspeedway.com

## 608 Miscellaneous For Sale

**ALL TERRAIN VEHICLE:** SUKUZI: 1987, LT230, with reverse, new rear tires, runs good. $675 or best offer. 568-3344

**BOOKS: 2 huge books, 103 yrs** old. Art and Artists of All Nations, Descriptive Tour of the World. Excellent reading/photographs $500 for both 942-4281

**POOL TABLE: 9 ft. leather** pockets. Complete with all accessories. $400 or best offer. Call 401-232-0963.

**POOL Tables: Brunswick, New** /used. Sales, service, restoration. Game tables, bar stools. www.dlbilliards.com. 421-7558.

**POOL TABLES: New/Used.** Cues/recover/darts/jukes/pinball/slots/games/foose. Sales/rental. Largest showroom-lowest price. Geo. Games 725-7788.

**STEEL SHELVE UNITS:** Assembled. 3 ft. or 4 ft., 7-8 shelves, $10 each. Mon.-Fri. 401-438-1941 ask for Helen.

**TICKETS: PATRIOTS, good** seats! Call for information at (401) 529-7441.

**TOE DOLLY: Master Toe 2005** with straps and title. Bougth new! Model 77T. Nice! $700 or best offer. Call (401) 475-3344.

## 609-Health Care Supplies

**HOSPITAL Bed: Motorized.** Craftmatic. Twin size, perfect condition. $800, 782-8989.

**PRIDE MOBILE: Legend XL** Scooter, 4 wheeler, never been used. $2000, 401-946-0508

## 620 Boats, Motors & Accessories

**BEDROOM SET: 5 pc. formica,** white and beige. Like new: $1400 negotiable. Laina, 401-228-4304

BOAT BROKERAGE
Store and Sell
Your Power Boat With Us,
One Of The Area's Largest Brokers
CAPT. O'CONNELL'S
180 River St., Fall River, MA
508-672-6303

## 640 Outdoor Goods

**TOTAL GYM: Exercise** Machine, resisting trainer. Excellent condition! Asking $250. Call (401) 862-4857.

**WEIGHTS: Professional dumb**bell set with double rack. 10lb.-50lb. pairs, 5 lb. increments. $275. Call 401-463-5445.

**WANTED: Hand Guns, Rifles,** Shotguns. High cash paid. D & L Shooting, Warwick, 738-1889.

**BOWFLEX OR TREAD-CLIMBER WANTED:** Will pick up and pay cash. Up to $1000 Call Doug, 781-820-1937

# LEGAL NOTICES

## ADVERTISEMENT FOR BIDS

Notice in hereby given that, Cranston Housing Authority, Cranston, Rhode Island hereinafter called the "OWNER" or "PHA" will receive sealed bids for "Hall Manor Parking Lot Expansion", Cranston Housing Authority, Cranston. Rhode Island.

Bidders are invited to submit separate seals BIDS to the PHA per instructions to Bidders and Supplementary Instructions To Bidders. The sealed proposals shall be delivered before 11:00 A.M., local time, Friday, October 27, 2006 to the Cranston Housing Authority, 50 Birch Street, Cranston, Rhode Island 02920. Proposals received after the above time will not be accepted.

The CONTRACT DOCUMENTS may be examined during normal business hours at the office of Edward Rowse Architects, Inc., 115 Cedar Street, Providence, Rhode Island on or after October 10, 2006. Bid documents may be obtained at Edward Rowse Architects Inc., Providence, RI (401) 331-9200 upon payment of $25.00 refundable bid deposit. Checks shall be made payable to Edward Rowse Architects, Inc. Any firm submitting a bid will be refunded this payment upon returning such documents in good condition within two weeks of bid opening.

Contractors may visit and inspect the facility by scheduling appointments with Mr. Richard Cinieri, Modernization Director, at 944-7210.

Individuals requesting interpreter services for the

194 Meeting Street, Providence, RI. This meeting is open to the public.

## NOTICE OF ARREST AND SEIZURE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff
vs.
THE M/V "KAY GEE"
(Official No. 1055046),
Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc.,
IN REM,
Defendant
and
THOMAS W. HANNIGAN and JANICE G. HANNIGAN, IN PERSONAM,
Defendants
C.A. No. 06-428

Notice is hereby given that on OCTOBER 3, 2006, the United States Marshal arrested THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, and all other necessaries thereunto appertaining and belonging thereto, pursuant to a Warrant of Arrest issued by the Clerk of this Court upon the filing of a Verified Complaint in the above action.

Any person having or claiming an interest in or to said vessel must file his claim with the Clerk of this Court within ten (10) days of this date, and must file his answer to the Verified Complaint herein within twenty (20) days thereafter.

WEBSTER FIVE CENTS SAVINGS BANK
By Its Attorneys,
PARTRIDGE SNOW & HAHN, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

TOWN OF SMITHFIELD
## INVITATION TO BID
THE TOWN OF SMITHFIELD POLICE DEPARTMENT IS OFFERING THE FOLLOWING VEHICLES FOR SALE
1. 2001 Ford Crown Victoria Police Interceptor, bearing VIN#

fected by Assignment to DLJ Mortgage Capital, Inc., dated August 29, 2006 and recorded on September 6, 2006 at 1:21 P.M. in Book 8269, Page 170, the conditions of said mortgage having been broken, bounded and described:

That certain lot or parcel of land, with all the buildings and improvements thereon, situated on the northerly side of Hauxhurst Street, in the City of Providence and State of Rhode Island, laid out and described as Lot No. thirty-two (32) on that plat entitled "West Providence Grand View Plat of the Miller Land near Olneyville, Johnston, RI, Belonging to Samuel Hedley, Surveyed and Platted April, 1884, by C. E. Paine", which said plat is recorded in the Office of the Recorder of Deeds of the City of Providence on Plat Card 822.

The premises are to be sold subject to and with the benefit of all easements, restrictions, building and zoning laws, unpaid taxes, tax titles, water bills, municipal liens and assessments, rights of tenants and parties in possession.

TERMS OF SALE: A deposit of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) shall be required to be paid to the mortgagee in cash, by certified or bank's cashier check at the time and place of sale. The balance of the purchase price is to be paid in cash, by certified check or by bank's cashier check in or within thirty (30) days from the date of the sale. Time will be of the essence. Other terms if any, to be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement thereof.

DLJ Mortgage Capital, Inc.
Present Holder of said Mortgage,
By Its Attorneys,
Lauren A. Solar
Barron & Stadfeld, P.C.
100 Cambridge Street, Suite 1310
Boston, MA 02114
617-723-9800

## AGENDA
FOR THE REGULAR MEETING OF THE
JOHNSTON SCHOOL COMMITTEE
TO BE HELD ON TUESDAY,