# United States District Court

DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 06-428 T

THE M/V "KAY GEE" (Official NO. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., IN REM, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, IN PERSONAM

TO: (Name and Address of Defendant)
Janice G. Hannigan
770 Salisbury Street, #207
Worcester, MA 01609

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Thomas J. Enright, Esq.
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 10/10/06

BY DEPUTY CLERK

AO 4

NA

Ch

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

11/06/2006

I hereby certify and return that on 11/02/2006 at 03:50pm I served a true and attested copy of the Summons, Verified Complaint in Admiralty & Prayer for in Rem Arrest in this action in the following manner: To wit, by delivering in hand to JANICE G. HANNIGAN at 770 SALISBURY ST #207, WORCESTER, MA. Fees: Service 30.00, Travel 0.00, Conveyance 0.00, Attest 5.00, Total fees: $35.00

Deputy Sheriff Michael J Ahearn

[signature]

*Deputy Sheriff*

☐ Other (specify): ______

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ *Date* ______ *Signature of Server*

______ *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.