# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

## ORDER DIRECTING SALE OF VESSEL

This matter having come before the Court on the Motion of Plaintiff, Webster Five Cents Savings Bank ("Webster Five"), for an Order Directing Sale of Vessel and, after due consideration by this Court, it is

ORDERED:

1. That the United States Marshal be and is hereby directed and empowered to sell the vessel "KAY GEE" (Official No. 1055046), her engines, tackle, apparel and appurtenances, at a public sale after notice of said sale being published three (3) times during three (3) consecutive weeks in The Providence Journal, a newspaper of general circulation in the City of Providence; and

2. That the proceeds of said sale be deposited by the United States Marshal in the Registry of this Court, pending further orders of this Court.

ENTERED:

United States ~~District~~ Judge
MAG. 11/20/06 *

ORDERED:

Clerk

* Plaintiff's Motion was also granted by Text Order electronically entered on 11/6/06.

Prepared by:

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

CERTIFICATION

I hereby certify that on October 31, 2006 a true and accurate copy of the within Order was mailed by U.S. mail, postage prepaid to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

/s/ Debra J. Demartini