# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

**MOTION FOR HEARING TO CONFIRM SALE OF VESSEL**

Plaintiff, Webster Five Cents Savings Bank (the "Lender"), through its attorneys, moves this Honorable Court for an Order scheduling a hearing to confirm the sale of the M/V "KAY GEE" (Official No. 1055046) (the "Vessel") and her engines, tackle, apparel and appurtenances, held on December 15, 2006. In support of this Motion, Plaintiff states as follows:

1. In response to the Verified Complaint filed herein, an Admiralty Warrant for the arrest and seizure of the Vessel was issued by this Court, and that in pursuance thereof, the United States Marshals Service seized and took the Vessel into its custody at Warwick, Rhode Island, on October 4, 2006, and thereafter transferred custody of the Vessel to the duly appointed substitute custodian;

2. Due notice of the seizure was sent by Certified Mail, Return Receipt Requested and by First-Class Mail to all lienholders of record and to the owner of the Vessel, as well as by being published in The Providence Journal on October 8, 2006, citing all persons having or claiming an interest in the Vessel to file a claim with the Clerk of the Court within ten

(10) days after publication of said notice and to serve an answer to the Verified Complaint within twenty (20) days after the filing of said claim;

3. No other claims or answers were filed by any other parties and, to date, no bond or other security has been furnished for the release of the Vessel;

4. After publication of the Order Directing Sale of Vessel in The Providence Journal on November 30, December 7 and December 14, 2006, a sale of the Vessel was held on December 15, 2006, at which the Vessel was purchased by the Lender for the sum of $45,500.00; and

5. Plaintiff hereby moves this Court to schedule a hearing to confirm the sale of the Vessel.

WHEREFORE, Plaintiff, Webster Five Cents Savings Bank, prays that this Court schedule a hearing to confirm the sale of the Vessel as held on December 15, 2006.

WEBSTER FIVE CENTS SAVINGS BANK
By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Charles A. Lovell

Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (fax)

**CERTIFICATION**

I hereby certify that on December 20, 2006 a true and accurate copy of the within MOTION was mailed by U.S. mail, postage prepaid, to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

/s/ Charles A. Lovell