# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK,<br>Plaintiff<br><br>v.<br><br>THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,<br>Defendants | C.A. No. 06-428/T |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Now Comes the Plaintiff, Webster Five Cents Savings Bank ("Plaintiff"), and, pursuant to Federal Rule of Civil Procedure 55(a), hereby requests the entry of default against Defendants Thomas W. Hannigan and Janice G. Hannigan for their failure to plead or otherwise defend. In support of this request, Plaintiff relies on the attached affidavit of Charles A. Lovell, Esq.

WEBSTER FIVE CENTS SAVINGS BANK

By its Attorneys,

PARTRIDGE, SNOW & HAHN, LLP

Charles A. Lovell (#4004)
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210 (FAX)

DATED: December 22, 2006

**CERTIFICATION**

I hereby certify that on December 22, 2006 a true and accurate copy of the within Request for Default and Affidavit in Support was mailed by U.S. mail, postage prepaid, to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

____________________