# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

## AFFIDAVIT OF CHARLES A. LOVELL, ESQ. IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

1. I am an attorney, duly licensed to practice law in the United States District Court for the District of Rhode Island, and I am a partner in the law firm of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903.

2. I am the attorney of record for Plaintiff Webster Five Cents Savings Bank ("Webster" or "Plaintiff") with regard to the above-captioned matter.

3. On September 28, 2006, a Verified Complaint was filed in this action against the Vessel "KAY GEE" Official No. 1055046 (the "Vessel") in rem, and against Thomas W. Hannigan and Janice G. Hannigan ("the Hannigans"), in personam, seeking to enforce Plaintiff's Preferred Ship Mortgage on the Vessel and seeking sale of the Vessel and a judgment for deficiency, if any, to satisfy the demands of Plaintiff.

4. On November 2, 2006 service of process was made by the Deputy Sheriff upon the Hannigans by delivering in hand to Janice Hannigan two copies of the Summons, Verified Complaint in Admiralty and Prayer for in rem arrest.

5. Subsequent to being served with the Verified Complaint and the summons, the Hannigans each had twenty (20) days from receipt of service during which to serve the Plaintiff with an answer to the Verified Complaint. To date, neither of the Hannigans has served the Plaintiff with an answer or responsive pleading, and the time for filing an answer to the Verified Complaint has since expired.

6. Upon information and belief, the Hannigans are not in the military service of the United States as defined in Article I of the "Servicemembers Civil Relief Act"

7. Upon information and belief, the Hannigans are not infants or incompetents.

Charles A. Lovell (#4004)

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me at Providence on this 22nd day of December, 2006.

Notary Public Paula M. Braga
My Commission Expires: 5/15/09



2413:3\892694.1