U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Webster Five Cents Savings Bank | CA 06-428T |
| **DEFENDANT** | **TYPE OF PROCESS** |
| The M/V "Kay Gee", et al. | Sale of vessel |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel, and Appurtenances, etc.

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Certified Sales, Inc., One Bay Avenue, Warwick, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Charles A. Lovell, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

The above named vessel shall be sold on December 15, 2006 at 12:00 p.m.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401-861-8200 | 11/21/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kawa | 11/21/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

RECEIVED 2006 NOV 21 P 4: U.S. MARSHALS SERVICE DISTRICT OF R.I.

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| **Address** *(complete only if different than shown above)* | Date of Service: 12/15/06 Time: 12:00 Noon am pm |
| | Signature of U.S. Marshal or Deputy: [signature] |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $12.46 | | $57.46 | $2,500.00 | | CASE PENDING |

REMARKS: 1 Ed, 1 Deputy, 1hr 28 miles Ⓡ Trip

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

## ORDER DIRECTING SALE OF VESSEL

This matter having come before the Court on the Motion of Plaintiff, Webster Five Cents Savings Bank ("Webster Five"), for an Order Directing Sale of Vessel and, after due consideration by this Court, it is

ORDERED:

1. That the United States Marshal be and is hereby directed and empowered to sell the vessel "KAY GEE" (Official No. 1055046), her engines, tackle, apparel and appurtenances, at a public sale after notice of said sale being published three (3) times during three (3) consecutive weeks in The Providence Journal, a newspaper of general circulation in the City of Providence; and

2. That the proceeds of said sale be deposited by the United States Marshal in the Registry of this Court, pending further orders of this Court.

ENTERED:

United States ~~District~~ Judge
MAG. 11/20/06 *

ORDERED:

Clerk

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

* Plaintiff's Motion was Also Granted by Text Order electronically entered on 11/6/06.

18

Prepared by:

/s/ Charles A. Lovell
Charles A. Lovell (#4004)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

CERTIFICATION

I hereby certify that on October 31, 2006 a true and accurate copy of the within Order was mailed by U.S. mail, postage prepaid to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

/s/ Debra J. Demartini