**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES MARSHAL'S REPORT OF SALE**

**Webster Five Cents Savings Bank,**
**Plaintiff**

**vs.** **CA-06-428T**

**The M/V "KAY GEE" (Official No. 1055046), Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,**
**Defendants**

**AND NOW COMES Robert D. Young, Deputy United States Marshal for the District of Rhode Island, and states that, pursuant to the Plaintifff's Order Directing Sale of Vessel issued on November 20, 2006 and signed by United States District Court Magistrate Judge, I offered for sale at public auction, at high noon, on December 15, 2006 at Certified Sales, Inc., 1 Bay Avenue, Warwick, RI the aboved names vessel.**

**Pursuant to the Order, I report the following:**

**1. Prior to receiving any bids towards purchase, a copy of the Order Directing Sale of Vessel was read aloud to the prospective bidders present;**

**2. There were nine individuals present at the sale of which two in attendance did voice bids towards the purchase of said vessel;**

**3. The highest successful bid offered was that of Webster Five Cents Savings Bank in the amount of $45,500.00 (Forty Five Thousand Five Hundred Dollars) to protect their monetary interest in said vessel;**

**4. No deposit was necessary. All service of process fees, expenses and commissions will be deducted from the Advance Deposit for Seizure securely held by the United States Marshal in the District of Rhode Island.**

NOW WHEREAS, the Court directs that such sale be subject to confirmation, the United States Marshal awaits the further Order of the Court.

Robert D. Young
Criminal Investigator
Deputy U.S. Marshal
United States Marshals Service
District of Rhode Island

12.19.2006
Date