# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK,<br>Plaintiff<br><br>v.<br><br>THE M/V "KAY GEE" (Official No. 1055046) HER ENGINES, TACKLE, MACHINERY, APPAREL and APPURTENANCES, ETC., in rem, AND THOMAS W. HANNIGAN AND JANICE G. HANNIGAN, in personam,<br>Defendants | C.A. No. 06-428/T |

## ENTRY OF APPEARANCE

I, Alicia J. Byrd, hereby enter my appearance on behalf of the Plaintiff, Webster Five Cents Savings Bank, with respect to the above-captioned matter.

WEBSTER FIVE CENTS SAVINGS BANK

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Alicia J. Byrd
Alicia J. Byrd (#7316)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ajb@psh.com

DATED: January 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 19th day of January, 2007 and that true copies have been forwarded by prepaid first class mail to the following ECF non-registered parties:

Thomas W. Hannigan
Janice G. Hannigan
770 Salisbury Street #207
Worcester, MA 01609

/s/ Alicia J. Byrd

896995_1/2413-3