UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK | : | |
| v. | : | C.A. No. 06-428T |
| THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam | : | |

**ORDER CONFIRMING SALE OF VESSEL**

This matter came on for hearing before the Court on the Motion of Plaintiff Webster Five Cents Savings Bank ("Lender") to confirm the public sale of the Defendant vessel "KAY GEE" (Official No. 1055046) to itself. After hearing on January 19, 2007, and in consideration thereof it is hereby

**ORDERED:**

1. The public sale of the Defendant vessel "KAY GEE" (Official No. 1055046), her Engines, Tackle, Apparel and Appurtenances (the "Vessel"), to Webster Five Cents Savings Bank on December 15, 2006 is hereby confirmed in the amount of $45,500.00.

2. The United States Marshal is hereby instructed to prepare and deliver to Lender a bill of sale conveying title to the Vessel to Lender, free and clear of any and all liens and encumbrances.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
January 26, 2007

PER ORDER,

/s/ Jeannine Noel
Jeannine Noel
Deputy Clerk