# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK,<br>Plaintiff<br><br>v.<br><br>THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,<br>Defendants | C.A. No. 06-428/T |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS THOMAS W. HANNIGAN AND JANICE G. HANNIGAN

Default having been entered against the Defendants, Thomas W. Hannigan and Janice G. Hannigan, ("Borrowers") for failure to plead or otherwise defend, Plaintiff, Webster Five Cents Savings Bank ("Webster"), pursuant to Fed. R. Civ. P. 55(b)(2) hereby requests the entry of default judgment against Borrowers in the amount of $36,516.80.

In support of its Motion, Webster relies on the attached Affidavit of Amount Due of Lance Roettger, attached hereto as Exhibit A and Affidavit of Attorneys' Fees of Charles A. Lovell, Esq. attached hereto as Exhibit B.

WEBSTER FIVE CENTS SAVINGS BANK

By its Attorneys,

PARTRIDGE, SNOW & HAHN, LLP

/S/ CHARLES A. LOVELL

Charles A. Lovell (#4004)
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210 (FAX)

DATED: March 27, 2007

**CERTIFICATION**

I hereby certify that on March 27, 2007 a true and accurate copy of the within MOTION with affidavits in support was mailed by U.S. mail, postage prepaid, to Thomas W. Hannigan and Janice G. Hannigan, 770 Salisbury Street #207, Worcester, MA 01609.

/s/ Charles A. Lovell