# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WEBSTER FIVE CENTS SAVINGS BANK,
Plaintiff

v.

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,
Defendants

C.A. No. 06-428/T

**AFFIDAVIT OF LANCE ROETTGER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS THOMAS W. HANNIGAN AND JANICE G. HANNIGAN**

I, Lance Roettger, being duly sworn, hereby depose and state as follows:

1. I am currently employed at Webster Five Cents Savings Bank ("Webster Five") as Collections Officer and as such, am fully familiar with the facts contained herein.

2. On July 31, 2001, Thomas W. Hannigan and Janice G. Hannigan (the "Hannigans") executed and delivered a certain Simple Interest Note, Disclosure and Security Agreement to Webster Five in the amount of $65,032.00 (the "Note") and thereby became indebted to Webster Five for said amount. By virtue of the terms of the Note, the Hannigans are responsible for all collection costs, including reasonable attorneys' fees.

3. The Hannigans granted a Preferred Mortgage of Vessel on the Yacht KAY GEE (Official No. 1055046), a 1988 Silverton 37 Convertible, Official No. 1055046 – HIN STN37470E888, with Crusader 320 HP Engines #75639 and 75636 (the "Vessel") in favor of Webster Five in the

amount of $65,032.00 (the "Preferred Mortgage") to secure payment of Hannigans' indebtedness to Webster Five.

4. The Hannigans ceased making payments as required pursuant to the terms of the Note, and the Hannigans remain in default under the terms of said Note.

5. The Hannigans are in violation of the terms of the Preferred Mortgage.

6. On or about May 25, 2006, Webster Five made written demand on the Hannigans to cure the existing default. The required payments to cure said defaults have not been made.

7. On September 28, 2006, a Verified Complaint was filed in this action against the Vessel in rem, and against the Hannigans in personam, seeking to enforce Webster Five's Preferred Mortgage on the Vessel and seeking sale of the Vessel and a judgment for deficiency, if any, to satisfy the demands of Plaintiff.

8. On December 15, 2006, and pursuant to this Court's November 6, 2006 Order of Sale, the Vessel was sold at public auction to Webster Five for Forty Five Thousand Five Hundred and 00/100 Dollars ($45,500.00).

9. On January 19, 2006, this Court confirmed the December 15, 2006 sale of the Vessel.

10. Prior to applying the amount received from the Court-ordered sale of the Vessel to the outstanding balance, there was a deficiency due and owing Webster Five in the amount of Eighty Two Thousand Sixteen and 80/100 Dollars ($82,016.80).

11. The amount due included $55,792.16 in principal and interest, $18,673.53 in attorneys' fees, $2,500.00 in U.S. Marshal's fees, $2,101.11 in storage and transport fees, $2,250 in estimated and unbilled storage fees, and $700.00 in appraisal fees.

12. After deducting the amount received from the Court-ordered sale, there is currently a deficiency due and owing Webster Five in the amount of Thirty Six Thousand Five Hundred Sixteen and 80/100 Dollars ($36,516.80).

13. On January 19, 2007, Default was entered against the Hannigans due to their failure to answer or otherwise defend against this action.

14. This affidavit is made pursuant to the pains and penalties of perjury.

WEBSTER FIVE CENTS SAVINGS BANK

By: Lance Roettger
Its: Collections Officer

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF WORCESTER

In Massachusetts, in said County, on the 27th day of March, 2007, before me personally appeared the above-named Lance Roettger, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him so executed to be true and correct.

Notary Public
My Commission Expires:

LEAH RODRIGUEZ
Notary Public
My Commission Expires
May 15, 2009



2413:3\902928.1