# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WEBSTER FIVE CENTS SAVINGS BANK,<br>Plaintiff<br><br>v.<br><br>THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc., <u>in</u> <u>rem</u>, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, <u>in</u> <u>personam</u>,<br>Defendants | C.A. No. 06-428/T |

## AFFIDAVIT OF ATTORNEYS' FEES

I, Charles A. Lovell, being duly sworn, hereby depose and state as follows:

1. I am an attorney, duly licensed to practice law in the United States District Court for the District of Rhode Island, and I am a partner in the law firm of Partridge Snow & Hahn LLP, 180 South Main Street, Providence, Rhode Island 02903.

2. I am the attorney of record for Plaintiff Webster Five Cents Savings Bank ("Webster Five" or "Plaintiff") with regard to the above-captioned matter.

3. Attached hereto is a true and correct copy of a detailed itemization containing the work description, the individual performing such work, and the hourly rates of each individual for services performed by Partridge Snow & Hahn LLP in connection with this litigation.

4. These legal fees reflect the legal services rendered to Webster Five with respect to the above-referenced matter. The amount billed constitutes the fair and reasonable value of the services rendered, from referral and initial evaluation through Default and Sale of Vessel, including disbursements relating to the same.

5. These legal fees are representative of the fees customarily charged in this locality

for enforcing a preferred ship mortgage and obtaining a Sale of Vessel and Default Judgment.

6. The total amount that Webster Five has incurred in legal fees and expenses through March 25, 2007 is $18,273.53.

7. It is anticipated that the work performed after March 25, 2007 and further preparation and filing of the Motion for Default Judgment will result in an additional $400.00 in legal fees, thus resulting in total legal fees and expenses of $18,673.53.

8. Upon information and belief Defendants are not in the military service of the United States as defined in Article I of the "Servicemembers Civil Relief Act."

9. Upon information and belief, Defendants are not infants or incompetent.

10. This Affidavit is being made pursuant to the pains and penalties of perjury.

Charles A. Lovell (#4004)

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, in said County, on the 27th day of March, 2007, before me personally appeared the above-named Charles A. Lovell, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him so executed to be true and correct.

Paula M. Braga
Notary Public
My Commission Expires: 7/15/09



2413:3\902932.1

**EXHIBIT 1**

| Date | Services | Time | Attorney |
|---|---|---|---|
| 05/22/06 | Telephone conference with Mr. Roettger, review loan information and partial copy of agreement; telephone conference with Mr. Roettger regarding surrender of board and need for complete copy of contract. | .50 | PA |
| 05/23/06 | Work on issues regarding voluntary surrender of vessel; review loan documents; work on Marshal's sale issues. | .60 | CAL |
| 05/23/06 | Review vessel mortgage and other loan documents; review vessel mortgage maritime lien foreclosure process; e-mail to Mr. Roettger explaining same. | 1.00 | PA |
| 05/24/06 | Review documents; telephone conference with Mr. Roettger regarding whether loan was demanded; draft letter to Mr. Hannigan and Mrs. Hannigan regarding surrender; send draft to Mr. Roettger. | 2.00 | PA |
| 05/25/06 | Review and revise vessel surrender letter to borrowers; work on vessel matters; work on payoff matters. | .80 | CAL |
| 05/25/06 | Review e-mails from Mr. Roettger; replay regarding need for payoff; review letter and confer with Mr. Lovell to finalize same. | .30 | PA |
| 06/14/06 | Work on vessel arrest matters; communications with Mr. Roettger. | .60 | CAL |
| 06/23/06 | Work on vessel arrest pleadings. | 1.00 | CAL |
| 06/27/06 | Telephone to Marina regarding vessel status; telephone conference with U.S. Marshal's office regarding arrest issues; review Marshal requirements | .50 | CAL |
| 06/29/06 | Review and revise verified complaint; work on U.S. Marshal documents; telephone conference with Marina regarding custodial issues. | .70 | CAL |
| 06/30/06 | Appearance at United States Marshal's Office and United States District Court – Rhode Island to obtain forms for vessel seizure; telephone conference with Clerk at United States Marshal's Office. | 1.00 | CAB |
| 06/30/06 | Telephone conference with Marina regarding substitute custodian services; communications with Mr. Roettger; review and revise verified complaint. | .80 | CAL |
| 07/05/06 | Communications with Mr. Rodbart regarding sales process; review executed | 2.90 | CAL |

| | | | |
|---|---|---|---|
| | complaint and Marshal's fee; telephone to boatyard; work on motion to appoint substitute custodian, affidavit, motion for arrest, order to take possession, request for warrant, order of issuance of process and related documents. | | |
| 07/07/06 | Telephone to Mr. Martin regarding quote on custodial fees. | .10 | CAL |
| 07/10/06 | Work on substitute custodian matters | .20 | CAL |
| 07/11/06 | Telephone conference with Mr. Noel at Marina regarding storage; return telephone to Mr. Hannigan regarding vessel turnover and paperwork; review and revise order directing sale, order to take possession, motion for order directing Marshal to arrest, request for warrant, order of issuance of process, order appointing substitute custodian, affidavit and motion for appointment; draft letter to Mr. Martin regarding affidavit | 1.30 | CAL |
| 07/11/06 | Telephone from Mr. Hannigan; review status of admiralty foreclosure; return call to Mr. Hannigan; confer with Mr. Lovell regarding same; telephone from Mr. Hannigan. | .80 | PA |
| 07/12/06 | Review and revise letter to Mr. Martin | .20 | CAL |
| 07/17/06 | Receive and review executed surrender documents from Mr. Hannigan. | .20 | CAL |
| 07/24/06 | Telephone conference with Mr. Noel regarding affidavit and storage issues; communications with Mr. Roettger | .30 | CAL |
| 07/25/06 | Communications with Mr. Roettger regarding possession of vessel. | .20 | CAL |
| 08/09/06 | Telephone to Harbor Light Marina regarding missing affidavit | .20 | CAL |
| 08/17/06 | Communications with Mr. Roettger regarding non-cooperation by Marina. | .20 | CAL |
| 08/21/06 | Return telephone to Mr. Roettger regarding moving of vessel and arrangements by Sterling Associates; work on same. | .40 | CAL |
| 08/31/06 | Return telephone to Brian at Certified Boat Sales regarding location of vessel and substitute custodian matters; telephone conference with Mr. Roettger. | .40 | CAL |
| 09/07/06 | Telephone conference with Brian at Certified Boats regarding yard for storage | .20 | CAL |

| | | | |
|---|---|---|---|
| 09/12/06 | Communications with Mr. Roettger regarding moving of vessel. | .20 | CAL |
| 09/18/06 | Telephone conferences with Mr. Bethel regarding vessel move and affidavit; review and revise motion for appointment of substitute custodian, affidavit and order of appointment; communications with Mr. Bethel; review and revise motion for order directing marshal to arrest vessel; review and revise order to take possession of vessel; draft motion for order directing sale of vessel; draft motion for alternative service and order; draft default and judgment pleadings. | 3.80 | CAL |
| 09/25/06 | Multiple communications with Mr. Bethel regarding status of vessel and affidavit; review and revise affidavit. | .60 | CAL |
| 09/27/06 | Receive executed affidavit; work on filing and service of multiple documents; work on U.S. Marshal arrangements; work on vessel abstract request. | .80 | CAL |
| 09/27/06 | Review documents and file; telephone to Ms. Green at U.S. Marshal's office; review verified complaint and documents to be filed; work on complaint and documents | .40 | DJM |
| 09/28/06 | Work on suit commencement; review and revise civil action cover sheet; review U.S. Marshal Form 285; communications with custodians; receive and review Coast Guard abstract of title. | .90 | CAL |
| 09/28/06 | Work on complaint and pleadings; prepare documents for filing; telephone to clerk regarding same; e-mail to Mr. Gauvin regarding title search on vessel. | 1.0 | DJM |
| 09/28/06 | Attention to abstract issues; review abstract for priority of lien. | .80 | RMG |
| 09/28/06 | Travel to United States District Court to file various pleadings and obtain certified copies. | 1.10 | TJE |
| 09/29/06 | Work on legal notice of arrest and title issues; communications with Mr. Roettger regarding same. | .50 | CAL |
| 10/02/06 | Review Magistrate's execution and granting of orders; work on same; work on alternative service and publications; review and revise service letter to vessel owners; | .90 | CAL |

| | | | |
|---|---|---|---|
| | review and revise notice of arrest for publication. | | |
| 10/02/06 | Travel to Federal District Court and Federal Pastore Building to obtain copies of relevant orders and have U.S. Marshal arrest vessel; draft notice to be published in Providence Journal and letter to owners of vessel. Research rules of procedure and relevant statute. | 2.10 | TJE |
| 10/04/06 | Revise notice publication and letters to owners and send out. | .40 | TJE |
| 10/05/06 | Review notices of arrest to vessel owners | .20 | CAL |
| 10/06/06 | Draft letters to owners with summonses and copies of complaint enclosed. | .60 | TJE |
| 10/11/06 | Review publication of notice of arrest; review return of service on vessel. | .40 | CAL |
| 10/11/06 | Locate hard copy of Providence Journal's published Notice of Arrest. | .10 | TJE |
| 10/12/06 | Review service of process on the Hannigans | .20 | CAL |
| 10/19/06 | Review issues concerning time to answer. | .50 | TJE |
| 10/27/06 | Review service and interlocutory sale issues. | .40 | CAL |
| 10/27/06 | Telephone opposing counsel. | .40 | TJE |
| 10/30/06 | Review motion for order of default, affidavit in support, motion for interlocutory sale and proposed order. | .40 | CAL |
| 10/30/06 | Draft motions for entry of default, sale of vessel and corresponding orders. | 1.60 | TJE |
| 10/31/06 | Work on interlocutory sale motion filing; work on default. | .20 | CAL |
| 10/31/06 | Review and work on motions and orders; prepare exhibits; attend to filing of same. | .30 | DJM |
| 10/31/06 | Revise order; deliver documents to Ms. Demartini to be electronically filed. | .20 | TJE |
| 11/01/06 | Review documents and draft certificate of service; attend to filing and service of same. | .20 | DJM |
| 11/01/06 | Prepare certificate of service with copies of green cards and publication in Providence Journal | .30 | TJE |
| 11/06/06 | Review interlocutory sale motions taken under advisement (11/1); review order granting motion for entry of default; review personal service on Hannigans. | .40 | CAL |
| 11/15/06 | Review return of summons; review status of interlocutory sale order; work on same. | .40 | CAL |
| 11/15/06 | Confer with Mr. Lovell concerning status. | .50 | TJE |

| | | | |
|---|---|---|---|
| | Telephone U.S. Marshal to make arrangements for sale. | | |
| 11/16/06 | Confer with Mr. Lovell regarding publication dates; draft letter to the Providence Journal regarding same. | .30 | LAN |
| 11/20/06 | Work on Marshal's sale matters; telephone conferences with Jeanine at U.S. District Court regarding text order and certification. | .60 | CAL |
| 11/20/06 | Telephone U.S. Marshal's office concerning requirements for sale of vessel; e-mail Mr. Lovell update; travel to Rhode Island United States District Court to obtain certified copies of order; travel to U.S. Marshal's office to obtain relevant forms; travel to Rhode Island United States District Court to drop off new order. | 1.20 | TJE |
| 11/21/06 | Work on notice of Marshal's sale and advertising; work on confirmation hearing schedule. | .50 | CAL |
| 11/21/06 | Review issues concerning court sale of vessel; confer with Mr. Lovell; telephone U.S. Marshal draft process receipt and return; draft advertisement to be published; pick up certified copies of Order of Sale at United States District Court; file Order and Process Receipt and Return with U.S. Marshal | 3.20 | TJE |
| 11/22/06 | Review and revise Marshal's sale notice for publication; communications with Mr. Roettger. | .30 | CAL |
| 11/27/06 | Revise advertised notice. | .20 | TJE |
| 11/29/06 | Telephone from Theresa at Providence Journal regarding proof of advertisement; review advertisement; telephone to Theresa approving same. | .30 | AMZ |
| 11/30/06 | Review U.S. Marshal returns of process on Hannigans. | .20 | CAL |
| 12/05/06 | Communications with Mr. Roettger bidding at sale. | .20 | CAL |
| 12/15/06 | Prepare for and attend Marshal's sale. | 1.80 | CAL |
| 12/15/06 | Attend foreclosure sale of vessel. | 1.80 | TJE |
| 12/18/06 | Work on sale confirmation hearing; review and revise motion to schedule hearing. | .40 | CAL |
| 12/18/06 | Review file and telephone to clerk regarding hearing; draft motion for hearing to confirm sale of vessel. | .60 | DJM |

| | | | |
|---|---|---|---|
| 12/19/06 | Review and revise motion for sale confirmation hearing; work on service and filing; telephone conference with Mr. Roettger regarding deficiency matters. | .40 | CAL |
| 12/20/06 | Work on motion for hearing and attend to filing and service of same. | .20 | DJM |
| 12/21/06 | Work in personam deficiency matters. | .20 | CAL |
| 12/21/06 | Review and revise request for entry of default, affidavit and proposed order. | .20 | CAL |
| 12/21/06 | Draft and revise Motion for Entry of Default with Affidavit in Support. | 2.20 | TJE |
| 12/22/06 | Review marshal's report of sale. | .20 | CAL |
| 12/27/06 | Review notice of hearing on motion to confirm sale; communications with Mr. Roettger. | .20 | |
| 01/17/07 | Attention to federal court assignment regarding ship sale. | .80 | AJB |
| 01/17/07 | Work on vessel sale continuation hearing matters | .30 | CAL |
| 01/17/07 | Review motion to confirm sale of vessel. | .30 | CVE |
| 01/19/07 | Review file and prepare for hearing on confirmation of a sale of the vessel; review appraisal; review report on sale; note advertising for sale; note bidders and parties present at sale; argue motion at hearing and additional motion for default; attention to judge's order to prepare order confirming sale of vessel and entry of appearance; begin preparing order; attention to how much was left on the mortgage and review local file regarding order preparation | 5.80 | AJB |
| 01/19/07 | Work on sale confirmation and default matters; communications with Mr. Roettger regarding deficiency calculation. | .60 | CAL |
| 01/22/07 | Finish draft of proposed order for sale of vessel using new figures and default order; draft letter regarding objection in accordance with L.R. Civ. 7.1 | 1.10 | AJB |
| 01/22/07 | Review and review confirmation order; work on deficiency calculation. | .30 | CAL |
| 01/23/07 | Revise and finalize proposed affidavits and letter; overnight to Hannigans. | 1.0 | AJB |
| 01/25/07 | Draft certificate of compliance of local rule 7.1 and insert certificates on orders in anticipation of submitting to court on tomorrow's deadline. | .80 | AJB |

| | | | |
|---|---|---|---|
| 01/26/07 | Draft letter to the court regarding proposed orders; arrange for orders to be messengered to Almond's clerk; attention to phone call from Judge's clerk regarding status of orders; review w here and when messenger sent orders; phone call to Judge Almond's clerk confirming receipt of orders; attention to Judge Almond's signing confirmation order and filing. | 1.20 | AJB |
| 01/26/07 | Review sale and default order. | .20 | CAL |
| 02/12/07 | Receive and review Marshall's bill of sale and supporting documents; draft letter to Mr. Roettger regarding same. | .40 | CAL |
| 02/12/07 | E-mail Mr. Roettger concerning deficiency; review facsimile from Mr. Roettger. | .40 | TJE |
| 02/21/07 | Draft Motion for Default Judgment; draft Affidavit in support and Affidavit of Attorneys Fees; review file in connection with drafting above documents. | 2.30 | TJE |
| | **TOTAL** | **68.9** | |

**Attorney Hour/Rate**

| ATTORNEY | TITLE | RATE | HOURS | TOTAL |
|---|---|---|---|---|
| Charles A. Lovell (CAL) | Partner | $310.00 | **5.0** | **$ 1,550.00** |
| Charles A. Lovell (CAL) | Partner | $325.00 | **24.`1** | **7,832.50** |
| Patricia Antonelli (PA) | Partner | $295.00 | **3.8** | **1,121.00** |
| Patricia Antonelli (PA) | Partner | $300 | **.8** | **240.00** |
| Catherine V. Eastwood (CVE) | Associate | $175.00 | **.30** | **52.50** |
| Thomas J. Enright (TJE) | Associate | $140.00 | **19.10** | **2,674.00** |
| Alicia J. Byrd | Associate | $140 | **10.7** | **1,498.00** |
| Carol A. Blanchard | Paralegal | $120.00 | **1** | **120.00** |
| Debra J. DeMartini | Paralegal | $100 | **2.7** | **270.00** |
| Richard M. Gauvin | Paralegal | $135 | **.8** | **108.00** |
| Lorrie A. Nicolas | Paralegal | $100 | **.30** | **30.00** |
| Angela M. Giron | Paralegal | $90.00 | **.30** | **27.00** |
| **TOTAL** | | | **68.9** | **$15,523.00** |

**Disbursements**

| | |
|---|---|
| Abstract of Title | $ 25.00 |
| Advertising | $2,086.07 |
| Photocopying | $ 97.64 |

| | |
|---|---|
| Certified Mail | |
| - Statutorily Req | $ 24.16 |
| Certified Copies of Documents | $ 27.00 |
| Express Mail | $ 13.84 |
| Filing Fee United States | |
| District Court, District of RI | $ 350.00 |
| Long Distance Telephone | $ 2.58 |
| Service Sheriff's Fee | $ 110.00 |
| Travel Expense | $ 14.24 |
| Total | $ 2750.53 |

The total amount of legal fees and expenses incurred by the Plaintiff, in efforts to recover Defendant's debt is $18,273.53 plus the anticipated fees of $400.00 for further preparation of these documents for a total amount of $18,673.53.

908086_1/2413-3