**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WEBSTER FIVE CENTS SAVINGS BANK

Plaintiff,

v. C.A. No. 06-428T

THE M/V "KAY GEE" (Official No. 1055046) Her Engines, Tackle, Machinery, Apparel and Appurtenances, etc. in rem, and THOMAS W. HANNIGAN and JANICE G. HANNIGAN, in personam,

Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

The Plaintiff's motion for entry of default judgment against Defendants Thomas W. Hannigan and Janice G. Hannigan is hereby GRANTED. The clerk shall enter default judgment against Defendants Thomas W. Hannigan and Janice G. Hannigan in the amount of $36, 516.80.

IT IS SO ORDERED,

Ernest C. Torres
Sr. U.S. District Judge
Date: May 1 , 2007